RETURN DATE: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
In re:                    Case No. 13-75882
                          Chapter: 11

43 KINGSTON LLC

                Debtor(s)
----------------------------------------x

2013 DEC -5 A 10: 25
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
RECEIVED

NOTICE OF MOTION

SIRS:

PLEASE TAKE NOTICE that upon the annexed application of 43 KINGSTON LLC, Debtor(s), a hearing will be held before the Hon. ROBERT E. GROSSMAN, Bankruptcy Judge, to consider the Debtor's motion for an order granting relief as follows: dismissal of case

Date and time of hearing: JAN 6th 2014 1:30PM

Location: U.S. Bankruptcy Court    ALFONSO D'AMATO
~~271 Cadman Plaza East, Suite 1595~~   FEDERAL COURT
~~Brooklyn, New York 11201-1800~~       HOUSE
Courtroom # 860, 8 Floor                290 FEDERAL
                                        PLAZA
                                        CENTRAL ISLIP
Dated: 12-5-13                          NY 11722

_____
Debtor (signature)
Pres 43 Kingston

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
In re:        Case No. 13-75882
       Chapter: 11

43 KINGSTON, LLC
                          Debtor(s)
---------------------------------------------------x

2013 DEC -5 A 10:25
RECEIVED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

### APPLICATION IN SUPPORT OF MOTION

To the Hon. Robert E. Grossman, Bankruptcy Judge:

I, 43 KINGSTON, LLC, Debtor herein, make this application in support of my motion for the following relief: dismissal of case
_____.

In support of this motion, I hereby allege as follows:

debtor + creditor Resolved
_____.

WHEREFORE, Debtor prays for an Order granting relief requested.

Dated: 12-5-13

_Michael [signature]_
Debtor (signature)
PRES 43 KINGSTON LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:                                    Case No. 13-75882
                                          Chapter: 11

43 KINGSTON LLC

                        Debtor(s)
-------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on  12-5-13 ,
(date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]:

COLFIN FCB FUNDING B LLC
C/o WESTERMAN BALL EDERER MILLER SHARFSTEIN
1201 RxR Plaza Uniondale NY 11556

Dated: 12-5-13

(signature)

*Rev. 8/24/09*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
In re:                                                Case No. 13-75882
                                                      Chapter: 11

43 KINGSTON LLC

                             Debtor(s)
----------------------------------------------------x

2013 DEC -5 A 10: 25
RECEIVED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____12-5-13_____,
                                    (date of mailing)
a copy of the annexed papers was served by depositing same, enclosed
in a properly addressed postage-paid envelope, in an official depository
under the exclusive care and custody of the United States Postal Service
within the State of New York, upon [specify name and mailing address of
each party served]:

UNITED STATES TRUSTEE
LONG ISLAND FEDERAL ~~BUILD~~ COURTHOUSE
560 FEDERAL PLAZA ROOM 560
CENTRAL ISLIP NY 11722

Dated: __12-5-13__                         _____
                                                (signature)

*Rev. 8/24/09*